Case: 1:07-cr-00060-SSB Doc #: 502 Filed: 03/16/15 Page: 1 of 1  PAGEID #: 8774

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Denise Huffman | )<br>)<br>)<br>) Case No: 1:07-CR-060-01<br>) USM No: 04543-061 |
| Date of Original Judgment: 02-14-2012<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Gordon G. Hobson, Esq.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **152 months**  months **is reduced to**  **122 months**  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02-14-2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 16, 2015

*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

Sandra S. Beckwith, Senior U.S. District Judge
*Printed name and title*