IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 1:07-cr-60 |
| - vs - | : District Judge Susan J. Dlott |
| | Magistrate Judge Michael R. Merz |
| DENISE HUFFMAN, | : |
| Defendant. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (ECF No. 563), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and the time for filing objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that the Defendant's Motion for Relief from Judgment (ECF No. 556) is DENIED. Should the Court of Appeals regard the Motion for Relief as being in the nature of a habeas corpus petition, and because reasonable jurists would not disagree that the Motion should be denied, Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

September 27, 2018.

_____
Susan J. Dlott
United States District Judge